United States District Court
Southern District of Texas

**ENTERED**

June 25, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| ALAN AVILA RIVERA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:26-cv-847 |
| | § | |
| TODD LYONS[1] *et al.* | § | |

## ORDER

Petitioner filed a Federal Rule of Civil Procedure 41(a)(1)(A)(i) notice of dismissal (Dkt. No. 12). "Rule 41(a)(1)(A)(i) grants [a petitioner] an absolute right to dismiss his lawsuit before the defendant has filed an answer or a summary judgment motion." *Creppel v. Cashio*, No. 24-30191, 2025 WL 2491131, at *1 (5th Cir. Aug. 29, 2025) (quoting *Welsh v. Correct Care, L.L.C.*, 915 F.3d 341, 343 (5th Cir. 2019)); *see* Fed. R. Civ. P. 81(a)(4); *Williams v. Clarke*, 82 F.3d 270, 272–73 (8th Cir. 1996) (finding that the previous version of Rule 41(a)(1) was consistent with the habeas rules). Unless otherwise provided, these dismissals operate without prejudice. Fed. R. Civ. P. 41(a)(1)(B), (a)(2). Rule 41(a)(1)(A)(i) dismissals are subject to limitations in class action suits, shareholder derivative suits, and suits where the Court has appointed a receiver. *See* Fed. R. Civ. P. 41(a)(1)(A).

None of those limitations apply. Further, Respondents have neither answered, nor filed a motion for summary judgment. Petitioner's "self-effectuating" Rule 41(a)(1)(A)(i) notice dismissed his case without prejudice and automatically divested the Court of its jurisdiction. *Qureshi v. United States*, 600 F.3d 523, 525 (5th Cir. 2010). Accordingly,

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), David Venturella is substituted for Respondent Todd Lyons in this case. The Clerk of Court is **DIRECTED** to substitute this party on the docket sheet.

because no claim remains pending in this case, the Clerk of Court is **DIRECTED** to

**TERMINATE** this civil action. Petitioner's Motion for Preliminary Injunction and

Temporary Restraining Order (Dkt. No. 4) is **DENIED AS MOOT**

It is so **ORDERED**.

**SIGNED** June 25, 2026.

_____

Marina Garcia Marmolejo
United States District Judge

2